

## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 12, 2015

Dan Pozza
Law Offices of Dan Pozza
239 East Commerce Street
San Antonio, TX 78205

James Jones Jr.
Jones and Gonzalez, an Association
5601 San Dario Ave., Ste. 5
Laredo, TX 78041-3011

RE:   Court of Appeals Number:   04-14-00897-CV
      Style:   In the Estate of William Thomas Booth, deceased

Dear Counsel:

After reviewing the parties' addendums to the Civil Docketing Statement in the above-numbered and styled appeal, the court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.021 (Vernon 2005). The court intends to order the parties to mediate after the court determines that it has jurisdiction to consider the appeal upon our receipt of the clerk's record.

The court encourages the parties to proceed to mediation prior to being ordered to do so. If the parties agree to mediate, the parties should notify Margaret Adams, the court's legal assistant in charge of ADR. The court will entertain a request to extend the appellate deadline for filing the reporter's record to enable the parties to concentrate on the scheduling and completion of the mediation process. Any communications regarding mediation should be directed to Margaret Adams, (210) 335-3854.

On behalf of the entire Court, I thank you for your cooperation in this matter.

Very truly yours,

Marialyn Barnard, Justice

MB/ma

cc:   Adan Gonzalez III
      Chris Heinrichs